461 So.2d 108 (1984)
STATE of Florida, Appellant,
v.
Carolyn WALKER, Appellee.
No. 64916.
Supreme Court of Florida.
December 20, 1984.
Jim Smith, Atty. Gen. and Peggy A. Quince, Asst. Atty. Gen., Tampa, for appellant.
Robert E. Jagger, Public Defender and Robert J. Lancaster, Asst. Public Defender, Sixth Judicial Circuit, Clearwater, for appellee.
ADKINS, Judge.
Affirmed.
We adopt the opinion of Judge Grimes in State v. Walker, 444 So.2d 1137 (Fla. 2d DCA 1984).
BOYD, C.J., and OVERTON, McDONALD, EHRLICH and SHAW, JJ., concur.
ALDERMAN, J., dissents.